TDCJ Offender Details

*83,875 -01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 07852711 |
| **TDCJ Number:** | 01895091 |
| **Name:** | QUINTANILLA,JUAN MANUEL |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1992-02-28 |
| **Maximum Sentence Date:** | 2028-10-24 |
| **Current Facility:** | ROACH |
| **Projected Release Date:** | 2028-10-24 |
| **Parole Eligibility Date:** | 2021-04-25 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |